

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2021

No. 04-21-00043-CV

**RCI ENTERTAINMENT (SAN ANTONIO), INC**, d/b/a XTC Cabaret. ("XTC"),
Appellant

v.

**THE CITY OF SAN ANTONIO**, Mayor Ron Nirenberg, and Michael E. Shannon, in their
Official Capacities,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23536
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellant's verified motion for emergency relief is DENIED. The appellee's motion to quash the motion for emergency relief is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court